In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance, for an Order to Take Possession of the Property of THE TITLE AND MORTGAGE GUARANTY COMPANY OF SULLIVAN COUNTY.

SULLIVAN COUNTY TRUST COMPANY et al., Appellants; PRESCOTT W. TOWNSEND, Respondent.

(Submitted March 16, 1936; decided March 20, 1936.)

*Frank H. Finn* for motion.
*Ellsworth Baker* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on the ground that the order is not final until the amount of the fund which can be distributed has been determined.